UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD EDWARD CLIFTON, II,

    Defendant.

_____/

Case: 2:23−cr−20580
Assigned To : Murphy, Stephen J., III
Referral Judge: Altman, Kimberly G.
Assign. Date : 10/17/2023
Description: INFO USA V. CLIFTON (KB)

Violations:   18 U.S.C. § 922(j)

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

## **COUNT ONE**
18 U.S.C. § 922(j)
*Possession of a Stolen Firearm*

On or about January 30, 2023, in the Eastern District of Michigan, Southern Division, the defendant, RONALD EDWARD CLIFTON, II, knowingly possessed a stolen firearm, which had been shipped or transported in interstate or foreign commerce before it was stolen, knowing or having reasonable cause to believe that the firearm was stolen, in violation of Title 18, United States Code, Section 922(j).

1

## **FORFEITURE ALLEGATION**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Information, Defendant RONALD EDWARD CLIFTON, II shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense.

DAWN N. ISON
United States Attorney

*s/Craig F. Wininger*
CRAIG F. WININGER
Chief, Violent and Organized Crime Unit

s/Andrew R. Picek
ANDREW R. PICEK
Assistant United States Attorney

Dated: October 16, 2023

2

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | **Judge Assigned:** |
| ☐ **Yes**      ☒ **No** | **AUSA's Initials: ARP** |

**Case Title:** USA v.  Ronald Edward Clifton, II

**County where offense occurred :**  Wayne

**Check One:**      ☒ **Felony**            ☐ **Misdemeanor**            ☐ **Petty**

_____ Indictment/ _____ Information --- **no** prior complaint.
_____ Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 23-MJ-30074            ]
_____ Indictment/ _____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 16, 2023
Date

s/Andrew R. Picek
Andrew R. Picek
Assistant U.S. Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Fax:   313-226-3265
E-Mail address: Andrew.Picek@usdoj.gov
Attorney Bar #: OH00882121

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.